# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**TRACY DELORIA HILL**                                                      **PLAINTIFF**

**VERSUS**                                    **NO. 4:09CV67DPJ-JCS**

**NOXUBEE COUNTY, MISSISSIPPI**                           **DEFENDANT**

___

## AGREED ORDER OF SUBSTITUTION
___

Upon agreement of the parties, it is hereby ORDERED that Noxubee General Critical Access Hospital is hereby substituted as the proper party defendant for Defendant Noxubee County, Mississippi, originally named in Plaintiff's complaint. Noxubee County, Mississippi is hereby dismissed from this action with prejudice.

ORDERED, this the 14th day of September, 2009.

                                                                      /s/ James C. Sumner
                                                                      U.S. MAGISTRATE JUDGE

AGREED TO:

*/s/ Ron L. Woodruff*
RON L. WOODRUFF, ESQ.,
Attorney for Plaintiff


*/s/ Timothy L. Gowan w/ permission*
Timothy L. Gowan, ESQ.,
Attorney for Defendant